# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00406-CV

**In re Brad Haskins and Sue Miller**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and a motion for temporary relief pending disposition of their mandamus petition. We grant the motion for temporary relief, pending further order of this Court, and stay execution of the order dated June 12, 2015, holding relators in contempt, fining them, ordering them to produce documents, ordering sanctions for failure to produce documents by June 19, 2015, and ordering sanctions in an amount double the previous day's sanction for each day relators fail to comply. We further stay all proceedings related to the order of June 12, 2015. We request that real party in interest file a response to the mandamus petition no later than July 13, 2015.

It is ordered July 3, 2015.

Before Justices Puryear, Goodwin, and Bourland